**This order is SIGNED.**

**Dated: November 24, 2021**

JOEL T. MARKER
U.S. Bankruptcy Judge



msc

*Order prepared by:*
E. KENT WINWARD #5562
ABRAHAM SMOOT #12666
Attorney for Debtor(s)
2550 Washington Blvd. Suite 201
Ogden, Utah 84401
Telephone: (801) 392-8200
Facsimile: (801) 392-2724
thebankruptcyfirm@yahoo.com

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH**

| In the Matter of: | Case No. 20-22208 |
|---|---|
| **Adam Herrera**<br>**Karen Herrera** | Chapter 13<br><br>**Judge** Joel t. Marker |
| **Debtor(s)** | |

**ORDER AUTHORIZING THE EMPLOYMENT OF PROFESSIONAL PERSONS**

Debtors, through counsel, filed an *Ex Parte* Motion for Order Authorizing the Employment of Professional Persons, seeking an Order authorizing the employment of Kimberly Palmer to provide professional services for the debtor for the purpose of representing the buyers in a real estate sale of the Debtors' real property. The motion was supported by the Declaration of Kimberly Palmer. The Court being apprized of the pertinent facts and controlling provisions of the law, finds, based on the motion and declaration, that the Debtors and the bankruptcy estate are in need of the services requested, that Kimberly Palmer has the ability to provide those

requested services, and Kimberly Palmer and the employees and principals of Realty Path LLC Pro are disinterested parties with no interests adverse to the estate. The Court concludes that the services sought for the purpose of selling the Debtors' real property and reducing potential unsecured debt is in the best interest of the debtor, creditors, and of the estate.

NOW THEREFORE THE COURT HEREBY ORDERS THAT the Motion for Order Authorizing the Employment of Professional Persons is hereby granted on the condition that the fees charged in this case shall be no greater than the ordinary and reasonable fees for similar services by similar professionals in the District of Utah and that said fees shall be paid only in accordance to the terms as previously approved in the sale of the real property.

END OF ORDER

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order RE Authorizing The Employment Of Professional Persons shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registeredCM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Chapter 13 Trustee

E. Kent Winward, Counsel for Debtors


By U.S. Mail - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

**Adam Herrera**
**Karen Herrera**
1367 Madison Ave
Ogden, UT 84404-0000


    /s/_____
E Kent Winward
Abraham Smoot
Attorneys for Debtor(s)